

**U.S. Department of Justice**

RECEIVED
4|18|11
Chambers of
I. Leo Glasser
U.S.D.J.

*United States Attorney*
*Eastern District of New York*

JMR
F.#2009R02021

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 15, 2011

**By ECF and Hand Delivery**
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 18 2011 ★
BROOKLYN OFFICE

**Courtesy Copy**
Original Filed Electronically

Re:  United States v. Stephen Depiro
     <u>Criminal Docket No. 10-341 (ILG)</u>

Dear Judge Glasser:

     The government respectfully submits this letter to request an adjournment of the oral argument regarding Depiro's pending motion to transfer venue, currently scheduled for Friday, April 22, 2011 at 2:00 p.m., due to a scheduling conflict.  The government respectfully requests that the oral argument be rescheduled to Wednesday, April 27, 2011 at 11:00 a.m.  The defendant consents to this proposed adjournment.

               Respectfully submitted,

               LORETTA E. LYNCH
               United States Attorney

By:    <u>/s/ Jacquelyn M. Rasulo</u>
      Jacquelyn M. Rasulo
      Assistant U.S. Attorney
      (718) 254-6103

cc: Sarita Kedia, Esq. (via ECF)

So ordered
So ordered
S/ILG
U.S.D.J.
4/18/11