# SARITA KEDIA
## LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

April 19, 2011

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 21 2011 ★

BROOKLYN OFFICE

**BY ECF & FACSIMILE**

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re: United States v. Stephen Depiro, 10 Cr. 341 (ILG)*

Dear Judge Glasser:

  With the consent of the government and Pretrial Services, I respectfully write to request the Court's permission for Mr. Depiro to go to the home of Gerald and Ann Cetrullo, the parents of his fiancée, on Easter Sunday, April 24, 2011, from 2:00 p.m. until 8:00 p.m. We have provided the requisite information to the government and will provide any additional information requested to Pretrial Services.

            Respectfully yours,
            /s/
            Sarita Kedia

cc: Taryn Merkl, Esq.
   Jacquelyn Rasulo, Esq.
   Assistant United States Attorneys

Granted
So ordered
S/ILG

4/21/11