# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

November 2, 2011

**BY ECF & FACSIMILE**

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re: United States v. Stephen Depiro, 10 Cr. 341 (ILG)*

Dear Judge Glasser:

  I respectfully write on behalf of Stephen Depiro to request a 30 day extension of time for him to self-surrender because he has not yet been designated to a prison facility by the Bureau of Prisons. As the Court may recall, on September 21, 2011, Mr. Depiro was sentenced to a 33 month prison term by this Court. At the time of his sentencing, the Court agreed, with no objection from the government, to permit Mr. Depiro to self-surrender to the facility to which he is designated. While we anticipated that he would be designated prior to November 7, he has not yet been designated. Therefore, we respectfully ask that he be granted an extension of time to self-surrender until December 7, 2011. If this request is granted and Mr. Depiro is still not designated by that date, we will so inform the Court.

          Respectfully yours,
          /s/
          Sarita Kedia

cc: Jacquelyn Rasulo, Esq.
   Assistant United States Attorney