# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

November 18, 2011

**BY ECF & FACSIMILE**

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Stephen Depiro, 10 Cr. 341 (ILG)*

Dear Judge Glasser:

I respectfully write on behalf of Stephen Depiro to request that he be permitted to go on Thanksgiving Day, November 24, 2011, to the home of Gerald and Ann Cetrulo, the parents of Mr. Depiro's fiancée, in Netcong, NJ, from 2:00 p.m. until 8:00 p.m.   He also requests permission to go to the cemetery where his parents are buried on Sunday, November 27, following church.

The government and Pretrial Services have no objection to this request.

Respectfully yours,
/s/
Sarita Kedia

cc:     Jacquelyn Rasulo, Esq.
        Assistant United States Attorney

        Anna Lee, Pretrial Services Officer