# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

December 2, 2011

**BY ECF & FACSIMILE**

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 06 2011 ★

BROOKLYN OFFICE

*Re: United States v. Stephen Depiro, 10 Cr. 341 (ILG)*

Dear Judge Glasser:

I respectfully write on behalf of Stephen Depiro to request another 30 day extension of time for him to self-surrender because he has still not been designated to a prison facility by the Bureau of Prisons. On September 21, 2011, Your Honor sentenced Mr. Depiro to a term of 33 months imprisonment and permitted him to self-surrender to the facility to which he is designated. Mr. Depiro was initially scheduled to surrender on November 7, 2011, but the Court granted him a 30 day extension until December 7, 2011, since he had not been designated. Mr. Depiro respectfully requests another 30 day extension until January 6, 2012, because he has still not been designated.

Respectfully yours,
/s/
Sarita Kedia

cc: Jacquelyn Rasulo, Esq.
Assistant United States Attorney

*[Handwritten annotation: Request granted until January 6, 2012 or the date of designation, whichever is sooner. So ordered. S/ILG  USDJ  12/2/11]*